JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS     Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated July 13 & July 27, 2007. [M.DAY 00521] | | | | | |
| B-22. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated August 24, 2007. [M.DAY 00522] | | | | | |
| B-23. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated August 31, 2007. [M.DAY 00523] | | | | | |
| B-24. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 7, 2007. [M.DAY 00524] | | | | | |
| B-25. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 14, 2007. [M.DAY 00525] | | | | | |
| B-26. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 21, 2007. [M.DAY 00526] | | | | | |
| B-27. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 28, 2007. [M.DAY 00527] | | | | | |
| B-28. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 5, 2007. [M.DAY 00528] | | | | | |
| B-29. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS    Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated October 12, 2007. [M.DAY 00529] | | | | | |
| B-30. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 26, 2007. [M.DAY 00530] | | | | | |
| B-31. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 18, 2007. [M.DAY 00531] | | | | | |
| B-32. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated November 2, 2007. [M.DAY 00532] | | | | | |
| B-33. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated November 9, 2007. [M.DAY 00533] | | | | | |
| B-34. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated November 16, 2007. [M.DAY 00534] | | | | | |
| B-35. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated November 30, 2007. [M.DAY 00535] | | | | | |
| B-36. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated December 7, 2007. [M.DAY 00536] | | | | | |
| B-37. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

**JUDGE WILEY Y. DANIEL**
**DEFENDANT'S EXHIBIT LIST**
**EXHIBIT 4**

**Case No.** 08-CV-01298-WYD-CBS     **Defendant's Exhibits**
**Caption:** *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated December 13, 2007. [M.DAY 00537] | | | | | |
| B-38. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated December 21, 2007. [M.DAY 00538] | | | | | |
| B-39. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 11, 2008. [M.DAY 00539] | | | | | |
| B-40. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 18, 2008. [M.DAY 00540] | | | | | |
| B-41. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 25, 2008. [M.DAY 00541] | | | | | |
| B-42. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 1, 2008. [M.DAY 00542] | | | | | |
| B-43. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 8, 2008. [M.DAY 00543] | | | | | |
| B-44. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 15, 2008. [M.DAY 00544] | | | | | |
| B-45. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

Page 18 of 26

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS    Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated February 22, 2008.  [M.DAY 00545] | | | | | |
| B-46. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 29, 2008.  [M.DAY 00546] | | | | | |
| B-47. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated March 7, 2008.  [M.DAY 00547] | | | | | |
| B-48. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated March 13, 2008.  [M.DAY 00548] | | | | | |
| B-49. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated March 21, 2008.  [M.DAY 00549] | | | | | |
| B-50. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated April 13, 2008.  [M.DAY 00550] | | | | | |
| B-51. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated April 11, 2008.  [M.DAY 00551] | | | | | |
| B-52. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated April 17, 2008.  [M.DAY 00552] | | | | | |
| B-53. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS    Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated April 24, 2008.  [M.DAY 00553] | | | | | |
| B-54. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated May 1, 2008.  [M.DAY 00554] | | | | | |
| B-55. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated May 9, 2008.  [M.DAY 00555] | | | | | |
| B-56. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated May 15, 2008.  [M.DAY 00556] | | | | | |
| B-57. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated May 22, 2008.  [M.DAY 00557] | | | | | |
| B-58. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated June 13, 2008.  [M.DAY 00558] | | | | | |
| B-59. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated August 7, 2008.  [M.DAY 00559] | | | | | |
| B-60. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated August 29, 2008.  [M.DAY 00560] | | | | | |
| B-61. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS    Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated September 5, 2008.  [M.DAY 00561] | | | | | |
| B-62. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 12, 2008.  [M.DAY 00562] | | | | | |
| B-63. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 19, 2008.  [M.DAY 00563] | | | | | |
| B-64. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated September 25, 2008.  [M.DAY 00564] | | | | | |
| B-65. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 3, 2008.  [M.DAY 00565] | | | | | |
| B-66. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 10, 2008.  [M.DAY 00566] | | | | | |
| B-67. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 24, 2008.  [M.DAY 00567] | | | | | |
| B-68. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 30, 2008.  [M.DAY 00568] | | | | | |
| B-69. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS    Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated November 13, 2008. [M.DAY 00569] | | | | | |
| B-70. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated November 20, 2008. [M.DAY 00570] | | | | | |
| B-71. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated December 4, 2008. [M.DAY 00571] | | | | | |
| B-72. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated December 11, 2008. [M.DAY 00572] | | | | | |
| B-73. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated October 17, 2008. [M.DAY 00573] | | | | | |
| B-74. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated December 18, 2008. [M.DAY 00574] | | | | | |
| B-75. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 8, 2009. [M.DAY 00575] | | | | | |
| B-76. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 15, 2009. [M.DAY 00576] | | | | | |
| B-77. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS   Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | dated January 29, 2009.  [M.DAY 00577] | | | | | |
| B-78. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 23, 2009.  [M.DAY 00578] | | | | | |
| B-79. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, lunchroom aide, dated September 26, 2008.  [M.DAY 00579] | | | | | |
| B-80. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, van driver, dated January 27, 2009.  [M.DAY 00580-00582] | | | | | |
| B-81. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, lunchroom aide, dated January 27, 2009.  [M.DAY 00583-00585] | | | | | |
| B-82. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated January 27, 2009.  [M.DAY 00586-00588] | | | | | |
| B-83. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department Food Service Substitute, dated January 27, 2009.  [M.DAY 00589-00591] | | | | | |
| B-84. | Job posting for Colorado Springs School District | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS   Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | No. 11 in Food and Nutrition Services Department, dated January 27, 2009. [M.DAY 00592-00594] | | | | | |
| B-85. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department general assistant, dated January 27, 2009. [M.DAY 00595-00597] | | | | | |
| B-86. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department general assistant, dated January 27, 2009. [M.DAY 00598-00600] | | | | | |
| B-87. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department van driver, dated January 27, 2009. [M.DAY 00601-00603] | | | | | |
| B-88. | Job posting for the District No. 11 at Windflower Elementary for cross guard/lunch monitor, dated March 6, 2009. [M.DAY 00605-00606] | | | | | |
| B-89. | Job postings for Academy District 20 Bus Drivers and Crossing Guards, dated January 28, 2009. [M.DAY 00607] | | | | | |
| B-90. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 5, 2009. [M.DAY 00608] | | | | | |
| B-91. | Job posting for Colorado Springs School District | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS   Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| | No. 11 in Food and Nutrition Services Department, dated February 12, 2009. [M.DAY 00609] | | | | | |
| B-92. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 19, 2009. [M.DAY 00610] | | | | | |
| B-93. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated February 26, 2009. [M.DAY 00611] | | | | | |
| B-94. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated March 5, 2009. [M.DAY 006612] | | | | | |
| B-95. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated March 12, 2009. [M.DAY 006613] | | | | | |
| B-96. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department, dated March 19, 2009. [M.DAY 00614] | | | | | |
| B-97. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Catering Coordinator. [M.DAY 00615-00617] | | | | | |
| B-98. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Catering Manager. [M.DAY 00618-00619] | | | | | |
| B-99. | Job posting for Colorado Springs School District | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS    Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| C-1. | No. 11 in Food and Nutrition Services Department for Catering Supervisor. [M.DAY 00621-00622] | | | | | |
| | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Elementary Kitchen Manager. [M.DAY 00623-00624] | | | | | |
| C-2. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for General Assistant. [M.DAY 00625-00626] | | | | | |
| C-3. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for General Assistant in Catering Department. [M.DAY 00627-00628] | | | | | |
| C-4. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for General Assistant at Catering Order Desk. [M.DAY 00629-00630] | | | | | |
| C-5. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Kitchen Specialist. [M.DAY 00631-00632] | | | | | |
| C-6. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Lead Catering Specialist. [M.DAY 006.33-00635] | | | | | |

JUDGE WILEY Y. DANIEL
DEFENDANT'S EXHIBIT LIST
EXHIBIT 4

Case No. 08-CV-01298-WYD-CBS     Defendant's Exhibits
Caption: *Mary Day v. Manitou Springs School District No. 14*

List exhibits by letter (A, B, C, etc.)

| Exhibit No. | Brief Description | Offer | Stip. | IN | OUT | Objections/Remarks |
|---|---|---|---|---|---|---|
| C-7. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Lead Kitchen Specialist. [M.DAY 00636-00638] | | | | | |
| C-8. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Secondary Kitchen Manager. [M.DAY 00639-00641] | | | | | |
| C-9. | Job posting for Colorado Springs School District No. 11 in Food and Nutrition Services Department for Concession Manager. [M.DAY 00642-00644] | | | | | |
| C-10. | Job posting for Food Service Worker at Academy District 20, dated April 8, 2009. [M.DAY 00660] | | | | | |