IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01298-WYD-CBS

MARY L. DAY,

    Plaintiff,

v.

MANITOU SPRINGS SCHOOL DISTRICT NO. 14 IN THE COUNTY OF EL PASO AND STATE OF COLORADO,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (docket #60). The Court having reviewed the Stipulation for Dismissal with Prejudice, the file, and being otherwise advised in the premises, it is hereby

ORDERED that the Plaintiff's claims against Defendant Manitou Springs School District No. 14 are **DISMISSED WITH PREJUDICE**, and the parties are to bear their own costs, expenses, and attorneys' fees pursuant to their settlement agreement.

Dated: April 13, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge